IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
                                )
SARA WILSON CELONA,             )
      Plaintiff,                )
                                )
      v.                        )
                                )
DAVID J. SCOTT,                 )
in his official capacity as     )
Pepperell Chief of Police,      )
      Defendant.                )
                                )
_____)
```

**ASSENTED MOTION TO EXTEND SCHEDULING DEADLINES**

Now comes the plaintiff, though counsel, in the above captioned matter, and requests this honorable court to extend the scheduling deadlines by two weeks.

In support of this request, counsel for plaintiff states:

1. Counsel for the defendant has assented to this request, and

2. Counsel for both parties are discussing settlement options.

WHEREFORE, the plaintiff respectfully requests that the schedule be adjusted as follows:

Summary Judgment Motions due by 12/22/2015.

Opposition to be filed by 1/22/16.

Hearing on summary judgment motion to be set for 2/10/16 at 2:00PM.

December 7, 2015

                                                Sara Celona,
                                                By her attorney,

                                                <u>/s/ J. Steven Foley</u>
                                                J. Steven Foley
                                                BBO: 685741
                                                11 Pleasant St #100
                                                Worcester MA 01609
                                                (508) 754-1041

(508) 739-4051 (fax)
JSteven@attorneyfoley.com

**CERTIFICATE OF COMPLIANCE WITH L.R. 7.1(A)(2)**

Pursuant to Local Rule 7.1(A)(2) of the United States District Court for the District of Massachusetts, counsel for the above defendant hereby certifies that plaintiff's counsel, J. Steven Foley, conferred with defense counsel regarding the filing of this motion on December 7, 2015 and the defendant, through counsel, has assented to the Motion. /s/J. Steven Foley

**CERTIFICATE OF SERVICE**

I, J. Steven Foley, certify that the above document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system upon notification by the Court of those individuals who will not be served electronically. /s/ J. Steven Foley