UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SARA WILSON CELONA<br>    Plaintiff<br><br>v.<br><br>DAVID J. SCOTT, in his official capacity as Pepperell Chief of Police<br>    Defendant | Civil Action No: 1:15-CV-11759-DJC |

**STATEMENT OF ADDITIONAL MATERIAL FACTS IN SUPPORT OF DEFENDANT'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

Defendant, David J. Scott, Chief of Police in the Town of Pepperrell, by his counsel, undersigned, in support of his opposition to the motion for summary judgment herein, submits a separate Statement of Additional Material Facts as to which there is no genuine dispute.

Dated: December 28, 2015

                                              Respectfully Submitted, by the Town Counsel for the Town of Pepperell and Attorney for Defendant David Scott

                                              /s/ Edward J. Richardson
                                              Edward J. Richardson, Esq.
                                              BBO# 419040
                                              Leahy and Richardson
                                              339 Washington Street, Suite 203
                                              Dedham MA 02026
                                              Tel: (781)326-8331
                                              Fax: (781)326-0355
                                              E-mail: ejr339@verizon.net

## STATEMENT OF ADDITIONAL MATERIAL FACTS IN SUPPORT OF DEFENDANT'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

| Number | Material Fact | Support for Material Fact |
|---|---|---|
| 1 | Massachusetts Chiefs of Police have received guidance relative to possession of marijuana as disqualification for LTC. | Executive Office of Public Safety letter of October 26, 2015 (Attached as Exhibit A) |
| 2. | Plaintiff has renewed her application for LTC and the application fee has been waived | Application dated December 27, 2015 (Attached as Exhibit B) |
| 3. | Plaintiff had a full hearing before a judge of the Ayer District Court Docket No. 1448CV0215 and failed to establish that she was not disqualified under GL c. 140 s. 131(d)(i)(e) | Exhibit D to Complaint |

## CERTIFICATE OF SERVICE

Edward J. Richardson, undersigned, hereby certifies that the within was served through the ECF system on December 28, 2015.

/s/ Edward J. Richardson
Edward J. Richardson