**Exhibit B**



THE COMMONWEALTH OF MASSACHUSETTS
EXECUTIVE OFFICE OF PUBLIC SAFETY AND SECURITY
Department of Criminal Justice Information Services
200 Arlington Street, Suite 2200, Chelsea, MA 02150
mass.gov/cjis | TTY: 617-660-4606



PD USE ONLY
FTN: CCO 266593
LIC #: 12628673A

*You must submit this form to your local police department*

## MASSACHUSETTS RESIDENT LTC/FID/MACHINE GUN APPLICATION
FOR NEW/RENEWAL OF A FIREARMS IDENTIFICATION CARD OR LICENSE TO CARRY
FIREARMS OR LICENSE TO POSSES A MACHINE GUN (M.G.L. c. 140, §§ 129B, 131)

*Free per atty Chief*

**CHECK ONE:**

[X] New Applicant*

[ ] Renewal - Most Recent License to Carry/FID Number: _____

*NOTE: If application is for a first firearms identification card or license to carry firearms, a copy of the Firearms Safety Certificate or Hunter Safety Course Certificate must be attached, unless exempt by statute. If this is a renewal application, a lost/stolen firearms affidavit must be submitted.

**LICENSE APPLICATION TYPE** (Check Only One):

[ ] Firearms Identification Card - Restricted (self-defense spray)

[ ] Firearms Identification Card

[X] License to Carry

[ ] License to Possess a Machine Gun

[ ] Gun Club License (Only the Colonel of the State Police can issue a club license)

**EXCEPT FOR SIGNATURE, PRINT OR TYPE ALL REQUESTED INFORMATION:**

| Last Name | First Name | Middle Name | Suffix |
|---|---|---|---|
| CELONA | SARA | WILSON | |

| Residential Address | City | State | Zip Code | Telephone Number |
|---|---|---|---|---|
| 27 HEALD ST | PEPPERELL | MA | 01463 | (978)925-9018 |

| Mailing Address | City | State | Zip Code | Telephone Number |
|---|---|---|---|---|
| | | | | |

| Date of Birth | Place of Birth (City, State, Country) |
|---|---|
| 08-13-73 | BATTLEBORO VT WINDHAM |

| Mother's First Name | Mother's Maiden Name | Father's First Name | Father's Last Name |
|---|---|---|---|
| CAROL | KERKES | DAVID | WILSON |

| Height | Weight | Build | Complexion | Hair Color | Eye Color |
|---|---|---|---|---|---|
| 5'7" | 190 | MD | FAIR | RED | BROWN |

| Occupation | Social Security Number (Optional) | Drivers License Number |
|---|---|---|
| RECORDING SEC. | 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 | S34703720 |

| Employed By | Business Address |
|---|---|
| TOWN OF PEPPERELL | 1 MAIN ST |

| City/Town | State | Zip | Telephone Number |
|---|---|---|---|
| PEPPERELL | MA | 01463 | (978)433-0333 |

LTC-FID Application – Revised May 2015                              Page - 1 of 3

**ANSWER THE FOLLOWING QUESTIONS COMPLETELY AND ACCURATELY:**

1. Are you a citizen of the United States? ☒ YES ☐ NO

   If lawful permanent resident alien, give green card number and resident date

   Green Card Number _____   Resident Since (date) _____

   If naturalized, give date, place and naturalization number

   Date _____ Place _____ Naturalization No. _____

2. Have you ever renounced your U.S. citizenship? ☐ YES ☒ NO

3. What is your age? __42__ (You must be 21 to apply for a LTC, 18 to apply for a FID card, or 14 to 17 with
4. submission of a certificate of parent or guardian granting permission to apply for a FID card or FID card – Restricted).

5. Have you ever been arrested or appeared in court as a defendant for any criminal offense? ☒ YES ☐ NO

6. Are you the subject of any pending criminal charges? ☐ YES ☒ NO

7. Have you ever been convicted of a felony? ☐ YES ☒ NO

8. Have you ever been convicted of the unlawful use, possession, or sale of controlled substances as defined in M.G.L. c. 94C, § 1? ☐ YES ☒ NO

9. Have you ever been convicted of a violent crime or a crime of domestic violence? ☐ YES ☒ NO

10. Have you ever been convicted as an adult or adjudicated a youthful offender or delinquent child in any state or federal jurisdiction? ☐ YES ☐ NO

11. Are you now, or have you ever been the subject of a restraining order issued pursuant to M.G.L. c. 209A, or a similar order issued by another jurisdiction? ☐ YES ☒ NO

12. Are you currently the subject of any outstanding arrest warrant in any state or federal jurisdiction? ☐ YES ☒ NO

13. Have you ever been committed to any hospital or institution for mental illness, or alcohol or substance abuse? ☐ YES ☒ NO

13. Has any firearms license issued under the laws of any state or territory ever been suspended, revoked, or denied? ☒ YES ☐ NO

14. Have you been discharged from the armed forces of the United States under dishonorable conditions? ☐ YES ☒ NO

15. Have you been the subject of an order of the probate court appointing a guardian or conservator? ☐ YES ☒ NO

If you answered "YES" to any of the questions 2-15, give details which must include dates, circumstances and location; use a separate sheet of paper if necessary.

5) Charged with possesion of marijuana in Vermont in 1994. Charge reduced to Attempted possesion. Record was expunged.

13) 2014 application was denied.

LTC-FID Application – Revised May 2015    Page - 2 of 3

Have you ever used or been known by another name?  ☒ YES ☐ NO
If "YES", provide name and explain: SARA WILSON, SARA STALEY (Maiden name / 1st marraige)

Other than Massachusetts, in what state(s), territory(ies), or jurisdiction(s) have you lived?  ☐ NONE
NEW HAMPSHIRE, VERMONT, CALIFORNIA

Have you ever held a firearms license in any other state, territory or jurisdiction?  ☐ YES ☒ NO
If "YES", when, where, and license number? _____

List the name and addresses of two references (as required by your licensing authority)

1. FOSTER, CHARLES
   Last Name / First Name
   36 HEALD ST   PEPPERELL   MA   01463
   Address / City/Town / State / Zip

2. BLAKELY, LEIGH
   Last Name / First Name
   15 BROOKLINE ST   PEPPERELL   MA   01463
   Address / City/Town / State / Zip

Reason(s) for requesting the issuance of a card or license:
☒ Target & Hunting    ☒ Sporting    ☐ Employment    ☐ Unrestricted (use lines below to indicate the reason(s) you are requesting an unrestricted LTC; use a separate sheet of paper if necessary)

*WARNING* Any person who knowingly files an application containing false information shall be punished by a fine of not less than $500 nor more than $1,000 or by imprisonment for not less than 6 months nor more than 2 years in a house of correction, or by both such fine and imprisonment (M.G.L c.140, §§ 129B(8), 131(h)).

I declare the above facts are true and complete to the best of my knowledge and belief and I understand that any false answer(s) will be just cause for denial or revocation of my license to carry firearms. I understand that filing an application that contains false information is a criminal offense.

Signed under the penalties of perjury this  27  day of  DEC   15
Signature of Applicant: _____